RECEIVED
IN ALEXANDRIA, LA.

JUL 2 1 2010

TONY R. ___, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **SHARON STEVENSON, et al.** | **CIVIL DOCKET NO. 1:10-cv-0614** |
| **-vs-** | **JUDGE DRELL** |
| **KENNETH BRANCH, et al.** | **MAGISTRATE JUDGE KIRK** |

## MEMORANDUM RULING

Today we were presented with a Proposed Plan of Work that was rejected by the Court. The reason for rejection was simple. Counsel could not, even at this early date, agree on DATES for case related activity. Instead of simply imposing a possibly draconian scheduling order on the parties at the front end of a case, this Court allows counsel the opportunity, by submitting a plan of work, to come to agreement on dates. This is based upon the working assumption that counsel are more knowledgeable about their case and respective schedules. It is also based upon the presumption that counsel have some level of professionalism and maturity that allows them to discuss such things and reach accommodation, without an attempt to "jam" the other counsel.

This is only one of a very few times where counsel have attempted to thwart the Court's initial scheduling order by submitting alternatives and which

all vary by a number of months. The Court is, candidly, astounded that counsel from otherwise well-known firms, are unable to submit a joint plan. Well, the point is that they shall, and shall also be required to cooperate, to the proper extent possible, in future aspects of this case.

The parties shall submit a proposed, joint, plan of work by July 30, 2010.

SIGNED on this 21st day of July, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE